IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| A.B. DICK COMPANY, et al., | ) | Case No. 04-12002 (JLP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| MHR CAPITAL PARTNERS LP, et al., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1498-KAJ |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF A.B. DICK | ) | |
| CO., et al., | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than March 11, 2005.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE

March 2, 2005
Wilmington, Delaware