UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellant,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Appeal No. 04-CV-1498 |

### STIPULATED SCHEDULING ORDER FOR BRIEFING ON APPEAL

The parties hereto hereby stipulate and agree to the following schedule for briefing on MHR Capital Partners LP's, MHR Institutional Partners LP's, MHRM LP's and MHR Fund Management LLC's appeal to the United States District Court for the District of Delaware from the *Order, Pursuant to Sections 105(a), 363(b) and (f) of the Bankruptcy Code and Rules 2002(a)(2),(c)(1), (k) and (m), 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, Approving (1) The Sale, Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially All Of The Assets Of The A.B. Dick Company and The A.B. Dick Company of Canada, LTD, and (b) The Capital Stock of A.B. Dick U.K. Limited to Silver Acquisitions Corp., Free and Clear of Liens, Claims, Encumbrances, and Interest; and (2) The Assumptions and Assignments of Certain Executory Contracts and Unexpired Leases to Silver Acquisitions Corp.,*

entered by the United States Bankruptcy Court for the District of Delaware on November 3, 2004:

- Appellants' Brief shall be filed and served on or before March 11, 2005;
- Appellees' Briefs shall be filed and served on or before April 1, 2005;
- Appellants' Reply Brief shall be filed and served on or before April 11, 2005.

| | |
|---|---|
| Michael M. Fay, Esq.<br>David S. Rosner, Esq.<br>Noelle Kowalczyk, Esq.<br>Kim Conroy, Esq.<br>**KAZOWITZ, BENSON, TORRES & FRIEDMAN, LLP**<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 | **LANDIS RATH & COBB LLP**<br><br>Richard S. Cobb (ID No. 3157)<br>Megan N. Harper (ID No. 4103)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>Counsel to Third Party Plaintiffs MHR Capital Partners, LP, MHR Institutional Partners, LP, MHRM LP and MHRM Fund Management LLC |
| H. Jeffery Schwartz, Esq.<br>Mark Phillips, Esq.<br>Michael D. Zaverton, Esq.<br>**BENESCH, FRIEDLANDER, COPLAN & ARRONOFF LLP**<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378 | **JASPAN SCHLESINGER HOFFMAN**<br><br>/s/ Frederick B. Rosner, Esquire<br>Frederick B. Rosner, Esq.<br>1201 North Orange Street, Suite 1001<br>Wilmington, DE 19801<br><br>Counsel to Black of Chicago, Corp., *et al.* f/k/a A.B. Dick Company, *et al.* |

| | MONZACK AND MONACO, P.A. |
|---|---|
| Lawrence Slattery, Esq.<br>Gary O. Ravert, Esq.<br>**MCDERMOTT WILL & EMERY**<br>50 Rockefeller Plaza<br>New York, NY 10020 | */s/ Francis A. Monaco, Jr.*<br>Francis A. Monaco, Jr., Esq.<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br><br>Counsel to Presstek, Inc. |

IT IS SO ORDERED:

_____
The Honorable Kent A. Jordan
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>             Debtors.<br><br>MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>             Appellants,<br><br>             v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>             Appellees. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered<br><br><br><br>Appeal No. 04-CV-1498 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I electronically filed Stipulation Scheduling Order for Briefing on Appeal with the Clerk of Court using CM/ECF and have caused a copy to be served upon the parties on the attached list in the manner indicated.

_____
Megan N. Harper (ID No. 4103)
LANDIS RATH & COBB LLP
919 Market Street
Suite 600
Wilmington, DE 19801
302-467-4400
harper@lrclaw.com

460.001-7304

<div style="display: flex;">

<div>

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
***By Electronic Notification***

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
***By Electronic Notification***

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
***By Electronic Notification***

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
***By Electronic Notification***

</div>

<div>

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan &
Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
***By First Class Mail***

Lawrence Slattery, Esq.
Garry Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
***By First Class Mail***

Robert C. Folland, Esq.
Alan R. Lepene, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
***By First Class Mail***

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
***By First Class Mail***

</div>

</div>

<div style="display: flex;">

Jami B. Nimeroff, Esq.
Buchanan Ingersoll Professional Corporation
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
***By Electronic Notification***

Michael M. Fay
KAZOWITZ, BENSON, TORRES & FRIEDMAN, LLP
1633 Broadway
New York, NY 10019
***By First Class Mail***

</div>