# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| A.B.DICK CO., *et al.,* | : | Case No. 04-CV-1498 |
| | : | |
| Debtors. | : | |
| | : | |
| MHR CAPITAL PARTNERS LP, *et al.,* | : | |
| | : | On Appeal from the United States |
| Appellants, | : | Bankruptcy Court for the District of |
| | : | Delaware |
| v. | : | |
| | : | Bankr. Case No. 04-12002 (JLP) |
| A.B.DICK CO., *et al.,* | : | Chapter 11, Jointly Administered |
| | : | |
| Appellees. | : | |

***

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, Esquire, hereby certify that on the 8th day of April 2005, I caused a true and correct copy of the attached signed **Debtors-Appellees' Brief** to be served upon the parties listed below in the manner so indicated:

| | |
|---|---|
| Jeffrey Schlerf, Esq. | Stephen B. Selbst, Esq. |
| Christopher A. Ward, Esq. | Garry Ravert, Esq. |
| GianClaudio Finizio, Esq. | McDermott Will & Emery LLP |
| The Bayard Firm | 50 Rockefeller Plaza |
| 222 Delaware Avenue, Suite 900 | New York, New York 10020 |
| Wilmington, DE 19801 | |
| | |
| Francis A. Monaco, Jr., Esq. | Robert C. Folland, Esquire |
| Monzack and Monaco, P.A. | Alan R. Lepene, Esq. |
| 1201 Orange Street, Suite 400 | Thompson Hine LLP |
| Wilmington, DE 19801 | 3900 Key Center |
| | 127 Public Square |
| | Cleveland, OH 44114-1291 |
| | |
| David M. Klauder, Esq. | Richard Mason, Esq. |
| United States Trustee | Michael M. Schmahl, Esq. |
| 844 King Street, Room 2207 | McGuireWoods LLP |
| Lockbox #35 | 77 West Wacker Drive, Suite 4100 |
| Wilmington, DE 19899-0035 | Chicago, IL 60601 |

11381

| | |
|---|---|
| Michael M. Fay, Esquire<br>Kasowitz, Benson, Torres<br>& Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Jami B. Nimeroff, Esq.<br>Buchanan Ingersoll Professional<br>Corporation<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, DE 19801 |
| Frank D. Zaffino<br>120 Edgemere Drive<br>Rochester, NY 14612 | Gregory T. Knipp<br>2928 Brossman Street<br>Naperville, IL 60564 |
| Richard S. Cobb, Esq.<br>Jamie L. Edmonson, Esq.<br>Landis Rath & Cobb LLP<br>919 North Market Street, Suite 600<br>Wilmington, DE 19801 | |

Dated: April 8, 2005  **JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Frederick B. Rosner
Fredrick B. Rosner (No. 3995)
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Wilmington, Delaware

Delaware Counsel for Debtors-Appellees A.B. Dick Company, *et al*