**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLAKE OF CHICAGO CORP., *et al.* | ) | Case No. 04-12002 (JLP) |
| f/k/a A.B. DICK COMPANY, *et al.* | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| MHR CAPITAL PARTNERS LP, MHR | ) | |
| INSTITUTIONAL PARTNERS LP, MHRM | ) | |
| LP, and MHR FUND MANAGEMENT LLC | ) | |
| | ) | |
| Appellants, | ) | Appeal No. 04-CV-1498 |
| vs. | ) | |
| | ) | |
| BLAKE OF CHICAGO CORP, *et al.* | ) | |
| f/k/a A.B. DICK COMPANY, *et al.,* and | ) | |
| PRESSTEK, INC. | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**JOINDER BRIEF OF APPELLEE KEY BANK NATIONAL ASSOCIATION**

Dated:  April 8, 2005

Jami B. Nimeroff, Esquire (# 4049)
Margaret M. Manning, Esquire (#4183)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
nimeroffjb@bipc.com
302-428-5500 (phone)
302-428-3996 (fax)

Alan R. Lepene (0023276)
Robert C. Folland (0065728)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Alan.Lepene@ThompsonHine.com
Rob.Folland@ThompsonHine.com
(216) 566-5500 (phone)
(216) 566-5800 (fax)
*Counsel for KeyBank, N.A.*

## JOINDER OF APPELLEE KEY BANK NATIONAL ASSOCIATION

On July 13, 2004, A.B. Dick Company, Paragon Corporate Holdings, Inc., Multigraphics LLC, and Interactive Media Group, Inc. (the "Debtors") commenced the chapter 11 cases below by filing voluntary petitions for relief.

On November 3, 2004, the Bankruptcy Court entered its Order, Pursuant to Sections 105(a), 363(b) and (f) and 365(f) of the Bankruptcy Code and Rules 2002(a)(2), ((c)(1), (k), and (m), 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, Approving (1) the Sale, Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially All of the Assets of the A.B.Dick Company and the A.B. Dick Company of Canada, Ltd., and (b) the Capital Stock of the A.B. Dick U.K Limited to Silver Acquisitions Corp, Free and Clear of Liens, Claims, Encumbrances, and Interests; and (2) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Silver Acquisitions Corp. ("the Sale Order").

It is from the Sale Order that MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP (collectively, "MHR") have appealed.

Appellee KeyBank National Association ("KeyBank") hereby expressly restates, joins in, and incorporates as if fully rewritten herein, the Statements of the Case, Statements of Fact, and Arguments advanced by co-Appellees, the Debtors and Presstek, in their respective appellee briefs and appellate motions. For the reasons stated by the Debtors and Presstek, the Bankruptcy Court made appropriate factual and legal findings to support the entry of the Sale Order. The Bankruptcy Court's findings, including those findings underlying its determination of "good faith purchaser" status, are by no means clearly erroneous and should be affirmed. Moreover,

this appeal is moot under section 363(m) of the Bankruptcy Code. The appeal is also both constitutionally moot and equitably moot.

WHEREFORE, KeyBank respectfully requests that the Court (i) dismiss the appeal; or (ii) in the alternative, affirm the Sale Order; and (iii) grant to KeyBank such other and further relief to which it may be justly entitled.

Dated:  April 8, 2005

Respectfully submitted,

/s/ Margaret M. Manning_____
Margaret Manning, Esquire (# 4183)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
nimeroffjb@bipc.com
302-428-5500 (phone)
302-428-3996 (fax)

and

Alan R. Lepene (0023276)
Robert C. Folland (0065728)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Alan.Lepene@ThompsonHine.com
Rob.Folland@ThompsonHine.com
(216) 566-5500 (phone)
(216) 566-5800 (fax)

*Counsel for KeyBank, N.A.*

11069146

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**                                                )  | **Chapter 11** |
|                                                                  )  | |
| **BLAKE OF CHICAGO CORP.,** *et al.*           )  | **Case No. 04-12002 (JLP)** |
| **f/k/a A.B. DICK COMPANY,** *et al.*             )  | |
|                                                                  )  | |
| **Debtors.**                                         )  | |
| _____  )  | |
| **MHR CAPITAL PARTNERS LP, MHR**          )  | |
| **INSTITUTIONAL PARTNERS LP, MHRM**      )  | |
| **LP, and MHR FUND MANAGEMENT LLC**   )  | |
|                                                                  )  | |
| **Appellant,**                                      )  | |
| vs.                                                         )  | |
|                                                                  )  | |
| **BLAKE OF CHICAGO CORP,** *et al.*            )  | |
| **f/k/a A.B. DICK COMPANY,** *et al.*, **and**   )  | |
| **PRESSTEK, INC.**                                )  | |
|                                                                  )  | |
| **Appellees.**                                      )  | |
| _____  )  | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 8, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF and have caused a copy to be served upon the parties on the attached list in the manner indicated.

| | |
|---|---|
| | /s/ Margaret M. Manning |
| Alan R. Lepene (0023276) | Margaret Manning, Esquire (# 4183) |
| Robert C. Folland (0065728) | BUCHANAN INGERSOLL PC |
| Thompson Hine LLP | The Nemours Building |
| 3900 Key Center | 1007 N. Orange Street, Suite 1110 |
| 127 Public Square | Wilmington, DE 19801 |
| Cleveland, OH 44114-1291 | nimeroffjb@bipc.com |
| Alan.Lepene@ThompsonHine.com | 302-428-5500 (phone) |
| Rob.Folland@ThompsonHine.com | 302-428-3996 (fax) |
| (216) 566-5500 (phone) | *Counsel for KeyBank, N.A.* |
| (216) 566-5800 (fax) | |
| *Counsel for KeyBank, N.A.* | |

Richard S. Cobb
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
**By Electronic Notification**

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
**By Electronic Notification**

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
**By Electronic Notification**

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
**By Electronic Notification**

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
**By Electronic Notification**

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
**By First Class Mail**

Lawrence Slattery, Esq.
Gary O. Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
**By First Class Mail**

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
**By First Class Mail**

Michael M. Fay, Esq.
Kazowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019
**By First Class Mail**