## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

BLAKE OF CHICAGO CORP., *et al.,*

                Debtors.

---------------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR
INSTITUTIONAL PARTNERS LP, MHRM
LP, AND MHR FUND MANAGEMENT LLC,

                Appellants,

     v.

BLAKE OF CHICAGO CORP., *et al.*,
f/k/a A.B. DICK COMPANY, *et al*., AND
PRESSTEK, INC.,

                Appellees.

---------------------------------------------------------------X

Chapter 11
Case Nos. 04-12002 (JLP)
(Jointly Administered)

Appeal No. 04-CV-1498

## ORDER GRANTING APPELLEE'S MOTION TO DISMISS

Upon the motion (the "Motion") of Presstek, Inc. ("Presstek") dated April 8, 2005 seeking to dismiss the appeal (the "Appeal") of MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, and MHR Fund Management LLC (collectively, "the Appellants") of the November 3, 2004 Order of the Bankruptcy Court:  (a) authorizing sale of substantially all of the assets of ABD and its wholly owned subsidiaries free and clear of liens, claims and encumbrances; (b) authorizing assumption and assignment of certain unexpired leases and executory contracts; and (c) granting related relief, and the Appellees' Memorandum of Law submitted; it is hereby

42644

- 2 -

**ORDERED**, that the Motion is granted and the Appeal is dismissed with prejudice.

Dated: Wilmington, Delaware
_____, 2005

_____
United States District Court Judge

NYK 959303-1.069646.0011