UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------X
In re:

BLAKE OF CHICAGO CORP., *et al.*,

                    Debtors.
-----------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR
INSTITUTIONAL PARTNERS LP, MHRM
LP, AND MHR FUND MANAGEMENT LLC,

                    Appellants,

          v.

BLAKE OF CHICAGO CORP., *et al.*,
f/k/a A.B. DICK COMPANY, *et al.*, AND
PRESSTEK, INC.,

                    Appellees.
-----------------------------------------------------------X

Chapter 11
Case Nos. 04-12002 (JLP)
(Jointly Administered)

Appeal No. 04-CV-1498

### DECLARATION OF GARY O. RAVERT IN SUPPORT OF
### APPELLEE'S MOTION TO DISMISS APPEAL AS MOOT

    Gary O. Ravert, being first duly sworn, deposes and says:

    1.    I am an attorney admitted, pro hac vice, to practice before this Court and am a member of the firm of McDermott Will & Emery LLP, co-counsel to Appellee Presstek, Inc. ("Presstek").

    2.    This declaration is submitted (a) in support of Presstek's Motion to Dismiss Appeal as Moot (the "Motion to Dismiss") and (b) to provide the Court with true copies of relevant documents that are referred to in the Motion to Dismiss and the Memorandum in Support of the Motion to Dismiss (the "Memorandum in Support").

    2.    On or about April 8, 2005, Presstek filed its Motion to Dismiss against appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, and MHR Fund

42643

Management LLC (the "Appellants").  Attached as **Exhibit 1** to this declaration are true and accurate copies of the Motion to Dismiss and the accompanying Memorandum of Law.

3. The Motion to Dismiss addresses the Appellant's appeal regarding the section 363 sale of assets (the "Sale") of the above-captioned debtors to Presstek.  The Bankruptcy Court considered the Sale at a hearing held on November 2 and November 3, 2004 (the "Sale Hearing").  Attached as **Exhibit 2** to this declaration is a true and accurate copy of excerpts from the Sale Hearing.

4. On or about November 3, 2004, after the Sale Hearing, the Bankruptcy Court entered the Order, Pursuant to Sections 105(a), 363(b) and (f) and 365(f) of the Bankruptcy Code and Rules 2002(a)(2), (c)(1), (k) and (m), 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, Approving (1) the Sale, Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially All of the Assets of the A.B. Dick Company and the A.B. Dick Company of Canada, Ltd., and (b) the Capital Stock of the A.B. Dick U.K. Limited to Silver Acquisitions Corp., Free and Clear of Liens, Claims, Encumbrances, and Interests; and (2) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Silver Acquisitions Corp. (the "Sale Order").  Attached as **Exhibit 3** to this declaration is a true and accurate copy of the Sale Order.

5. On Appellee's behalf, I respectfully place before the court as Exhibits, true copies of the documents set forth above that are referred to in the Memorandum of Law.

Dated: Wilmington, Delaware
April 8, 2005

\_\_\_/s/ Gary O. Ravert_____
Gary O. Ravert

NYK 959420-1.069646.0011

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

BLAKE OF CHICAGO CORP., *et al.,*

                       Debtors.

---------------------------------------------------------------X

MHR CAPITAL PARTNERS LP, MHR
INSTITUTIONAL PARTNERS LP, MHRM
LP, AND MHR FUND MANAGEMENT LLC,

                       Appellants,

            v.

BLAKE OF CHICAGO CORP., *et al.*,
f/k/a A.B. DICK COMPANY, *et al*., AND
PRESSTEK, INC.,

                       Appellees.

---------------------------------------------------------------X

Chapter 11
Case Nos. 04-12002 (JLP)
(Jointly Administered)

Appeal No. 04-CV-1498

## CERTIFICATE of SERVICE

**Jeffrey Schlerf, Esq.**
**GianClaudio Finizio, Esq.**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**F: (302) 658-6395**
**(Committee Counsel)**

**Federick B. Rosner, Esq.**
**Jaspan Schlesinger Hoffman LLP**
**1201 North Orange Street, Ste. 1001**
**Wilmington, DE 19801**
**F: (302) 351-8010**
**(Debtors' Counsel)**

**David Klauder, Esq.**
**Office of the United States Trustee**
**844 King Street, 2nd Floor**
**Wilmington, DE 19801**
**F: (302) 573-6497**

NYK 959420-1.069646.0011

**Megan Harper, Esquire**
**Landis Rath & Cobb LLP**
**919 Market Street, Ste. 600**
**Wilmington, DE 19801**
**(MHR)**

**Jami Nimeroff, Esquire**
**Buchanan Ingersoll PC**
**The Nemours Building**
**1007 North Orange Street, Ste. 1110**
**Wilmington, DE 19801**

Dated: April 8, 2005

                                                        MONZACK AND MONACO, P.A.

                                                        __/s/ Kevin J. Mangan_____
                                                        Francis A. Monaco (No. 2078)
                                                        Joseph J. Bodnar (No. 2512)
                                                        Kevin J. Mangan (No. 3810)
                                                        1201 Orange Street, Ste. 400
                                                        Wilmington, Delaware 19801
                                                        kmangan@monlaw.com
                                                        (302) 656-8162

                                                        McDERMOTT WILL & EMERY LLP
                                                        50 Rockefeller Plaza
                                                        New York, New York 10020
                                                        (212) 547-5400

                                                        *Of Counsel*
                                                        *Attorneys for Presstek, Inc.*