UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

BLAKE OF CHICAGO CORP., *et al.,*

                       Debtors.

---------------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR
INSTITUTIONAL PARTNERS LP, MHRM
LP, AND MHR FUND MANAGEMENT LLC,

                       Appellants,

        v.

BLAKE OF CHICAGO CORP., *et al.*,
f/k/a A.B. DICK COMPANY, *et al*., AND
PRESSTEK, INC.,

                       Appellees.

---------------------------------------------------------------X

Chapter 11
Case Nos. 04-12002 (JLP)
(Jointly Administered)

Appeal No. 04-CV-1498

## **MOTION TO DISMISS APPEAL AS MOOT**

APPELLEE Presstek, Inc. ("Presstek") hereby moves this Court pursuant to section 363(m) of the Bankruptcy Code for an order dismissing the appeal (the "Appeal") of MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, and MHR Fund Management LLC (collectively, "the Appellants") from the November 3, 2004 Order of the Bankruptcy Court: (a) authorizing sale of substantially all of the assets of ABD and its wholly owned subsidiaries free and clear of liens, claims and encumbrances; (b) authorizing assumption and assignment of certain unexpired leases and executory contracts; and (c) granting related relief, for the reasons set forth in the Memorandum filed herewith.

42646

- 2 -

Dated: April 8, 2005

                    MONZACK AND MONACO, P.A.

/s/ Kevin J. Mangan____
Francis A. Monaco (No. 2078)
Joseph J. Bodnar (No. 2512)
Kevin J. Mangan (No. 3810)
1201 Orange Street, Ste. 400
Wilmington, Delaware 19801
kmangan@monlaw.com
T: (302) 656-8162
F: (302) 656-2769


McDERMOTT WILL & EMERY LLP
50 Rockefeller Plaza
New York, New York 10020
(212) 547-5400

*Of Counsel*
*Attorneys for Presstek, Inc.*

- 2 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:

BLAKE OF CHICAGO CORP., *et al.,*

                Debtors.

---------------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR
INSTITUTIONAL PARTNERS LP, MHRM
LP, AND MHR FUND MANAGEMENT LLC,

                Appellants,

      v.

BLAKE OF CHICAGO CORP., *et al.*,
f/k/a A.B. DICK COMPANY, *et al*., AND
PRESSTEK, INC.,

                Appellees.

---------------------------------------------------------------X

Chapter 11
Case Nos. 04-12002 (JLP)
(Jointly Administered)

Appeal No. 04-CV-1498

## **CERTIFICATE of SERVICE**

**Jeffrey Schlerf, Esq.**
**GianClaudio Finizio, Esq.**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**F:  (302) 658-6395**
**(Committee Counsel)**

**Federick B. Rosner, Esq.**
**Jaspan Schlesinger Hoffman LLP**
**1201 North Orange Street, Ste. 1001**
**Wilmington, DE 19801**
**F:  (302) 351-8010**
**(Debtors' Counsel)**

**David Klauder, Esq.**
**Office of the United States Trustee**
**844 King Street, 2nd Floor**
**Wilmington, DE 19801**
**F:  (302) 573-6497**

- 3 -

**Megan Harper, Esquire**
**Landis Rath & Cobb LLP**
**919 Market Street, Ste. 600**
**Wilmington, DE 19801**
**(MHR)**

**Jami Nimeroff, Esquire**
**Buchanan Ingersoll PC**
**The Nemours Building**
**1007 North Orange Street, Ste. 1110**
**Wilmington, DE 19801**

Dated: April 8, 2005

                                        MONZACK AND MONACO, P.A.

                                        __/s/ Kevin J. Mangan_____
                                        Francis A. Monaco (No. 2078)
                                        Joseph J. Bodnar (No. 2512)
                                        Kevin J. Mangan (No. 3810)
                                        1201 Orange Street, Ste. 400
                                        Wilmington, Delaware 19801
                                        kmangan@monlaw.com
                                        (302) 656-8162

                                        McDERMOTT WILL & EMERY LLP
                                        50 Rockefeller Plaza
                                        New York, New York 10020
                                        (212) 547-5400

                                        *Of Counsel*
                                        *Attorneys for Presstek, Inc.*