81

```
 1        THE COURT:  Pardon me?
 2        MR. D. ROSNER:  We'll look at the language, thank
 3   you, Your Honor.
 4        THE COURT:  All right.
 5        MR. RICCIARDI:  Your Honor, we haven't seen any
 6   proposed Order.
 7        THE COURT:  You have what?
 8        MR. RICCIARDI:  We have not seen any proposed Order.
 9        THE COURT:  I haven't either.
10        MR. RICCIARDI:  Okay.
11        THE COURT:  Why don't you -- you want to get together
12   and get an order?  Do you have a proposed Order?
13        MR. SELBST:  Your Honor, may I ask one question for
14   clarification?
15        THE COURT:  Sure.
16        MR. SELBST:  The agreement -- the Asset Purchase
17   Agreement currently provides for a release of the Estate's
18   claim against Presstek of all Estate claims.  Are you saying
19   that you are not prepared to approve that, Your Honor?
20        THE COURT:  No.
21        MR. SELBST:  Okay.  Your Honor, Presstek is not
22   prepared to go forward with that claim.
23        THE COURT:  Why not?
24        MR. SELBST:  Because --
25        THE COURT:  You said you'd defend it.
```

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191

82

1   MR. SELBST:  We would defend any -- we would defend
2  a claim against MHR.  We don't believe -- we bargained for a
3  release of the Estate claim.  We think MHR may have a claim
4  which they identified as a claim under the Stock Purchase
5  Agreement, but it is absolutely part of the bargain for
6  consideration that we have a release from the Estate, and
7  without it Presstek is not prepared to proceed, Your Honor.
8   THE COURT:  So they have a third-party beneficiary
9  case against you.
10   MR. SELBST:  They claim they do.
11   THE COURT:  Well, that's not release, is it?
12   MR. SELBST:  Pardon me?
13   THE COURT:  That's not subject to release.
14   MR. SELBST:  That's not subject to release, I agree
15  with that, Your Honor.
16   MR. D. ROSNER:  However, Your Honor, if I may speak
17  to that.
18   THE COURT:  Yes.
19   MR. D. ROSNER:  That's a $3½ million claim.  Our
20  third-party beneficiary claim is limited to one provision of
21  the contract.  We do not have third-party beneficiary contract.
22  It's my understanding (indiscern.) contract.  That's the claim
23  that we've been talking about today.
24   THE COURT:  What page are you on?
25   MR. SELBST:  Your Honor, I believe it's section --

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191

93

1  intended with respect not only to the half million dollar cure
2  cap, but whether in fact Your Honor agreed with the Committee's
3  view that Presstek had in fact committed to assume, if not owe,
4  a substantial number of what we would call the vendor contacts,
5  and this --
6       THE COURT:  I read the -- I left it in Chambers, but
7  that said all contracts.
8       MR. JOSEPH:  Excuse me, Your Honor?
9       THE COURT:  That's right, you're right.
10      MR. JOSEPH:  So with that we believe that paragraphs
11 R -- paragraph R on page 7 and paragraph 6 on page 9 do not
12 accurately reflect the Presstek committed bid at the auction
13 and need to be revised accordingly.  With respect to the MHR
14 Order, I've not had a chance to review it, but in concept I've
15 discussed it with counsel to MHR.  The Committee does not
16 oppose the provisions that MHR has added, but believe that
17 paragraphs -- I think that contains the same paragraphs R and
18 6, and those should be revised in that Order, if that's the one
19 Your Honor is inclined to accept.
20      THE COURT:  Well, that Order's the same as this
21 except that they rewrite paragraph 13.17 --
22      MR. JOSEPH:  Exactly, exactly.
23      THE COURT:  I -- after mulling this over I went back
24 and read the agreement, the APA, and it's very specific about
25 the releases from the beginning of the world to the end of the

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191

1   world, and when I said, well, you take the claim, I shouldn't
2   have said that because I didn't have any knowledge of the
3   release clause. So irrespective of that, that matter is off
4   the table.
5           MR. JOSEPH: So with respect then --
6           THE COURT: But now where do we stand on this cap for
7   the contracts and 500,000? If you don't want to live by the
8   agreement you may, at the auction, and that's what I'm going to
9   do. I'm going to make you live to it, if you don't want to,
10  appeal it, but that's the word your representative made as far
11  as I'm concerned. It's very specific.
12          MR. SELBST: Your Honor, respectfully, my client
13  believes that they were reserving the right to designate other
14  contracts to be assumed and not to be assumed, and respectfully
15  if Your Honor is saying that he will only condition the sale
16  upon the assumption of all contracts Presstek's not prepared to
17  proceed.
18          THE COURT: Well, you rewrite this Order to include
19  the specific language that was said at the auction hearing on
20  page 9, and I'll sign that Order. If you don't want to go
21  along with it then I think you're going to entice some very
22  serious litigation.
23          MR. SELBST: I understand Your Honor, very clearly.
24          THE COURT: I'm going to have to reject your proposed
25  Order relative to the assumption of the contract, and you can

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191