UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>　　　　　　Debtors.<br><br>MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>　　　　　　Appellants,<br><br>　　v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>　　　　　　Appellees. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered<br><br><br><br><br>Appeal No. 04-CV-1498 |

### REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR. 7.1.4, MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC (collectively, "MHR") hereby notifies the Court that briefing is complete on the appeal to the United States District Court for the District of Delaware from the *Order, Pursuant to Sections 105(a), 363(b) and (f) of the Bankruptcy Code and Rules 2002(a)(2),(c)(1), (k) and (m), 6004 and 6006 of the Federal Rules of Bankruptcy Procedure, Approving (1) The Sale, Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially All Of The Assets Of The A.B. Dick Company and The A.B. Dick Company of Canada, LTD, and (b) The Capital Stock of A.B. Dick U.K. Limited to Silver Acquisitions Corp., Free and Clear of Liens, Claims, Encumbrances, and Interest; and (2) The Assumptions and Assignments of Certain Executory Contracts and Unexpired Leases to Silver*

*Acquisitions Corp.*, entered November 3, 2004 (the "Appeal"). MHR respectfully requests oral argument on the Appeal at the Court's convenience.

Dated: April 27, 2005

LANDIS RATH & COBB

Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
919 Market Street
Suite 600
Wilmington, DE 19899

-and-

David S. Rosner
Michael M. Fay
 KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel To Appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 04-12002 (JLP)<br><br>Jointly Administered |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>               Appellants,<br><br>        v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>               Appellees. | Appeal No. 04-CV-1498 |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2005, I electronically filed the Request for Oral Argument of Appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC ("MHR") with the Clerk of Court using CM/ECF and have caused a copy to be served upon the parties on the attached list in the manner indicated.

                                        */s/ Megan N. Harper*
                                        Megan N. Harper (ID No. 4103)
                                        LANDIS RATH & COBB LLP
                                        919 Market Street
                                        Suite 600
                                        Wilmington, DE  19801
                                        302-467-4400
                                        harper@lrclaw.com

460.001-7894

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*By Electronic Notification*

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
*By First Class Mail*

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
*By Electronic Notification*

Lawrence Slattery, Esq.
Garry Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
*By First Class Mail*

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
*By Electronic Notification*

Robert C. Folland, Esq.
Alan R. Lepene, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
*By First Class Mail*

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*By Electronic Notification*

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
*By First Class Mail*

Jami B. Nimeroff, Esq.
Buchanan Ingersoll Professional
Corporation
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
*By Electronic Notification*