IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| A.B. DICK COMPANY, et al., ) | Case No. 04-12002 (JLP) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| MHR CAPITAL PARTNERS LP, et al., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1498-KAJ |
| ) | |
| THE OFFICIAL COMMITTEE OF ) | |
| UNSECURED CREDITORS OF A.B. DICK ) | |
| CO., et al., ) | |
| ) | |
| Appellee. ) | |

## ORDER

Oral argument on the briefing on the pending appeal in the above-captioned action will be heard on **May 18, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   May 2, 2005
Wilmington, Delaware