IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| A.B. DICK COMPANY, et al., | ) | Case No. 04-12002 (JLP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| MHR CAPITAL PARTNERS LP, et al., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1498-KAJ |
| | ) | |
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF A.B. DICK | ) | |
| CO., et al., | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington this **6th** day of **May, 2005**,

IT IS ORDERED that the hearing on the briefing on the pending appeal presently set for **May 18, 2005 at 9:00 a.m.** is hereby rescheduled to **May 25, 2005 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE