IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| A.B.DICK CO., *et al.*, : | Case No. 04-CV-1498 (KAJ) |
| Debtors. : | |
| MHR CAPITAL PARTNERS LP, *et al.*, : | |
| : | On Appeal from the United States |
| Appellants, : | Bankruptcy Court for the District of |
| : | Delaware |
| v. : | |
| : | Bankr. Case No. 04-12002 (RB) |
| A.B.DICK CO., *et al.*, : | Chapter 11, Jointly Administered |
| : | |
| Appellees. : | |
| *** | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of H. Jeffrey Schwartz to represent Debtors, A.B.Dick Co., et al. in this matter.

Dated: May 19, 2005         **JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
      Frederick B. Rosner (No. 3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000
      Facsimile:  (302) 351-8010

      Counsel for Debtors

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____        _____
                               United States District Judge

13304

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Supreme Court of the State of Ohio, United States District Court for the Northern District of Ohio, the United States Court of Appeals for the Sixth Circuit, and the Supreme Court of the United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: May 19, 2005
Cleveland, Ohio

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

H. Jeffrey Schwartz
2300 BP Tower
200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

13304