IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| A.B.DICK CO., *et al.*, | : Case No. 04-CV-1498 (KAJ) |
| Debtors. | : |
| MHR CAPITAL PARTNERS LP, *et al.*, | : |
| Appellants, | : On Appeal from the United States Bankruptcy Court for the District of Delaware |
| v. | : |
| A.B.DICK CO., *et al.*, | : Bankr. Case No. 04-12002 (RB) Chapter 11, Jointly Administered |
| Appellees. | : |

\*\*\*

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark A. Phillips to represent Debtors, A.B.Dick Co., et al. in this matter.

Dated: May 19, 2005         **JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ Frederick B. Rosner
      Frederick B. Rosner (No. 3995)
      913 Market Street, 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 351-8000
      Facsimile:  (302) 351-8010

      Counsel for Debtors

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____      _____
                            United States District Judge

13303

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, the U.S. District Court for Northern Ohio, U.S. District Court for Eastern Michigan, Sixth Circuit Court of Appeals and Federal Court of Appeals and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: May 18, 2005
Cleveland, Ohio

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

Mark A. Phillips
2300 BP Tower
200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

13303                                                                   2