IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| A.B. DICK COMPANY, et al., | ) Case No. 04-12002 (JLP) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |
| MHR CAPITAL PARTNERS LP, et al., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil Action No. 04-1498-KAJ |
| | ) |
| THE OFFICIAL COMMITTEE OF | ) |
| UNSECURED CREDITORS OF A.B. DICK | ) |
| CO., et al., | ) |
| | ) |
| Appellee. | ) |

## ORDER

At Wilmington this **25th** day of **May, 2005**,

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that Presstek Inc.'s motion to dismiss the appeal as moot (D.I. 16) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE