UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------X
In re:                                                 )
                                                       )    Chapter 11
BLAKE OF CHICAGO CORP., et al.,                        )    Case Nos. 04-12002 (RB)
                                                       )    (Jointly Administered)
                    Debtors.                           )
------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR                           )
INSTITUTIONAL PARTNERS LP, MHR                         )
LP, AND MHR FUND MANAGEMENT LLC,                       )
                                                       )    Appeal No. 04-CV-1498
                    Appellants,                        )
                                                       )
            v.                                         )
                                                       )
BLAKE OF CHICAGO CORP., et al,.                        )
f/k/a A.B. Dick COMPANY, et al., and                   )
PRESSTEK, INC.                                         )
                                                       )
                    Appellees                          )
------------------------------------------------------X
```

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel hereby moves the admission pro hac vice of Lawrence J. Slattery to represent Presstek, Inc. and ABD International, Inc. in this matter.

MONZACK AND MONACO, P.A

By: _____
Francis A. Monaco, Jr. (#2078)
1201 Orange St., Ste. 400
Wilmington, Delaware 19801
(302) 656-8162

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission pro hac vice is granted.

Dated: May __, 2005                    _____
                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and practicing in good standing as a Member of the Bar of the State of New York and the United States District Court for the Southern, Eastern, and Western Districts of New York. and pursuant to Local Rule 83.5 submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court with receipt number of 139406.

Dated: May 24, 2005
New York, New York

McDERMOTT WILL & EMERY LLP

By: _____
Lawrence J. Slattery

50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444
Counsel for Presstek, Inc. and ABD International, Inc.