IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | CIRCUIT COURT<br>DOCKET NUMBER:_____<br>Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellants,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

**NOTICE OF APPEAL**

Notice is hereby given that MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting Presstek, Inc.'s Motion to Dismiss entered in this action on May 24, 2005, and the Court's ruling on the record at the May 25, 2005 hearing. Copies of the Order, the transcript of the May 25, 2005 hearing and the docket sheet are attached hereto.

NYC-#1267186-v1-Not__of_Appeal_to_3d_Cir_

Dated: 20 June, 2005

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and –

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
David S. Rosner,
Michael M. Fay
Daniel N. Zinman,
1633 Broadway
New York, NY 10019

Counsel to MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, and MHR Fund Management LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on June ___, 2005, I caused a copy of the Notice of Appeal to be served upon the counsel of record listed below via hand delivery in the City of Wilmington and via U.S. First Class, postage-paid mail on the remaining parties.

 

_____
Kerri K. Mumford (No. 4186)

| **PARTY** | **COUNSEL** |
|---|---|
| Debtors | Frederick B. Rosner, Esq.<br>Jaspan Schlesinger Homman<br>1201 North Orange Street, Suite 1001<br>Wilmington, DE 19801<br><br>Jeffery Scwartz, Esq.<br>John A. Gleason, Esq.<br>Michael D. Zaverton, Esq.<br>Benesch, Friedlander, Coplan & Arronoff LLP<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114-2378 |
| Official Committee of Unsecured Creditors | Jeffery Schlerf, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br><br>Richard Mason, Esq.<br>Michael M. Schmahl, Esq.<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4400<br>Chicago, IL 60601 |

| PARTY | COUNSEL |
|---|---|
| United States Trustee | David M. Klauder, Esq.<br>US Trustee's Office<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| KeyBank National Association | Jami B. Nimeroff, Esq.<br>Buchanan Ingersoll, P.C.<br>1007 North Orange Street, Ste. 1110<br>Wilmington, DE 19801<br><br>Alan R. Lepene, Esq.<br>Robert C. Folland, Esq.<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1291 |
| Prestek, Inc. | Francis A. Monaco, Jr., Esq.<br>Monzack and Monaco, P.A.<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899-2031<br><br>Stephen B. Selbst, Esq.<br>Lawrence J. Slattery, Esq.<br>Gary O. Ravert, Esq.<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 |