# LANDIS RATH & COBB LLP

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899

Richard S. Cobb
Direct Dial: 302.467.4430
Email: cobb@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

June 20, 2005

*Via E-filing and Hand Delivery*

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:    **MHR Capital Partners LP *et al.* v. Blake of Chicago, Corp., *et al.*,**
         **District Court Case No. 04-CV-1498-KAJ**

Dear Judge Jordan:

Pursuant to Local Appellate Rule 3.1, enclosed please find a courtesy copy of the Notice of Appeal of MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC, which was served and filed today.

Respectfully yours,

Richard S. Cobb

RSC/bjr
Enclosure

cc:    (via e-filing)
        Clerk of the Court
        Frederick Rosner, Esquire
        Jeffery Scwartz, Esquire
        Jeffrey Schlerf, Esquire
        Richard Mason, Esquire

460.001-8502.DOC