IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  | CIRCUIT COURT DOCKET NUMBER:_____ |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellants,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP in the above referenced cases, and on the 20th day of June, 2005, she caused a copy of the following:

### NOTICE OF APPEAL

to be served upon the parties identified on the attached list in the manner as indicated.

_____
Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 20th day of June, 2005.

_____    LINDA M. ROGERS
Notary Public                      NOTARY PUBLIC
                                   STATE OF DELAWARE
                                   My Commission Expires June 20, 2007

460.001-8501

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*By Electronic Notification*

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
*By First Class Mail*

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
*By Electronic Notification*

Lawrence Slattery, Esq.
Garry Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
*By First Class Mail*

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
*By Electronic Notification*

Robert C. Folland, Esq.
Alan R. Lepene, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
*By First Class Mail*

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*By Electronic Notification*

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
*By First Class Mail*

Jami B. Nimeroff, Esq.
Buchanan Ingersoll Professional
Corporation
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
*By Electronic Notification*

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, New York 10020
*By First Class Mail*

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*By Hand Delivery*

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
*By First Class Mail*

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
*By Hand Delivery*

Lawrence Slattery, Esq.
Garry Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
*By First Class Mail*

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
*By Hand Delivery*

Robert C. Folland, Esq.
Alan R. Lepene, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
*By First Class Mail*

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*By Hand Delivery*

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
*By First Class Mail*

Jami B. Nimeroff, Esq.
Buchanan Ingersoll Professional
Corporation
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
***By Hand Delivery***

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, New York 10020
***By First Class Mail***