IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  | CIRCUIT COURT DOCKET NUMBER:_____ |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.* f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellants,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that MHR Capital Partners, LP, MHRM LP and MHR Fund Management LLC hereby withdraws the Notice of Appeal (I.D. No. 38). A corrected copy will be filed with the District Court.

Dated: June 20, 2005

                                          LANDIS RATH & COBB LLP

                                          */s/ Kerri Mumford*
                                          Richard S. Cobb (No. 3157)
                                          Rebecca L. Butcher (No. 4103)
                                          Kerri K. Mumford (No. 4186)
                                          919 Market Street, Suite 600
                                          Wilmington, DE 19801
                                          Telephone: (302) 467-4400
                                          Facsimile: (302) 467-4450

                                    Counsel to MHR Capital Partners LP, MHR
                                    Institutional Partners LP, MHRM LP, and MHR
                                    Fund Management LLC