IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>　　　　　Debtors. | CIRCUIT COURT<br>DOCKET NUMBER:_____<br>Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>　　　　　Appellants,<br><br>　　　v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>　　　　　Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

### *AMENDED* NOTICE OF APPEAL[1]

Notice is hereby given that MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting Presstek, Inc.'s Motion to Dismiss entered in this action on **May 25, 2005**, and the Court's ruling on the record at the May 25, 2005 hearing. Copies of the Order, the transcript of the May 25, 2005 hearing and the docket sheet are attached hereto.

---

[1] The amended provisions appear in bold and soley reflect the correct date of the order.

Dated: June 22, 2005

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and –

**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
David S. Rosner
Michael M. Fay
Daniel N. Zinman
1633 Broadway
New York, NY 10019

Counsel to MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, and MHR Fund Management LLC