# EXHIBIT C

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01498-KAJ

| | |
|---|---|
| In Re: A.B. Dick Co. et al v. | Date Filed: 12/06/2004 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: None |
| Demand: $0 | Nature of Suit: 422 Bankruptcy Appeal (801) |
| Cause: 28:0158 Bankruptcy Appeal from Judgment/Order | Jurisdiction: Federal Question |

**Debtor**
**A.B. Dick Co. et al.**                represented by   **Frederick Brian Rosner**
Jaspen Schlesinger Hoffman
1201 North Orange Street
Suite 1001
Wilmington, DE 19801
Email: frosner@jshllp-de.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**
**MHR Capital Partners LP**             represented by   **Megan N. Harper**
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400
Email: Harper@lrclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**
**MHR Institutional Partners LP**       represented by   **Megan N. Harper**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Appellant**

**MHRM LP**                     represented by  **Megan N. Harper**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Appellant**

**MHR Fund Management LLC**     represented by  **Megan N. Harper**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Official Committee of Unsecured Creditors**  represented by  **Jeffrey M. Schlerf**
                                                The Bayard Firm
                                                222 Delaware Avenue, Suite 900
                                                P.O. Box 25130
                                                Wilmington, DE 19899
                                                (302) 655-5000
                                                Email: bankserve@bayardfirm.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Appellee**

**Key Bank National Association**  represented by  **Jami B. Nimeroff**
                                                Buchanan Ingersoll P.C.
                                                The Nemours Building
                                                1007 North Orange Street, Suite 1110
                                                Wilmington, DE 19801-1236
                                                (302) 428-5500
                                                Fax: (302) 528-3996
                                                Email: nimeroffjb@bipc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Appellee

**Presstek Inc.** represented by **Francis A. Monaco, Jr.**
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
(302) 656-8162
Email: fmonaco@monlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Trustee

**David M. Klauder**
*TERMINATED: 05/02/2005*
represented by **David M. Klauder**
U S Trustee
844 King Street, Lockbox 35
Wilmington, DE 19801
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2004 | 1 | NOTICE OF APPEAL by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of the Order of the Bankruptcy Court entered on 11/3/04 signed by The Hon. John L. Peterson. Fee pd. (mwm) (Entered: 12/07/2004) |
| 12/06/2004 | 2 | DESIGNATION STATEMENT OF ISSUES AND DESIGNATED RECORD by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 1 of 3 w/items 1-4 attached] (mwm) (Entered: 12/07/2004) |
| 12/06/2004 | 3 | DESIGNATION STATEMENT OF ISSUES AND DESIGNATED RECORD by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 2 of 3 w/items 5, 6 and A-TT attached] (mwm) (Entered: 12/07/2004) |

| | | |
|---|---|---|
| 12/06/2004 | 4 | DESIGNATION STATEMENT OF ISSUES AND DESIGNATED RECORD by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 3 of 3 w/items 7-10 attached] (mwm) (Entered: 12/07/2004) |
| 12/06/2004 | 5 | DESIGNATION AND DESIGNATED RECORD by Key Bank National of record on appeal [box w/items 1-79 enclosed] (mwm) (Entered: 12/07/2004) |
| 12/06/2004 | 6 | COUNTER-DESIGNATION by Presstek Inc. of record on appeal [binder w/exhibits 1 & 2 attached] (mwm) (Entered: 12/07/2004) |
| 12/07/2004 | 7 | NOTICE of docketing bankruptcy record on appeal. (mwm) (Entered: 12/07/2004) |
| 12/15/2004 | 8 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 12/15/2004) |
| 01/04/2005 | | Case referred to mediation (mwm) (Entered: 01/04/2005) |
| 02/23/2005 | 9 | NOTICE of Completion of Mediation filed by Kevin Gross, Esq. (rwc, ) (Entered: 02/24/2005) |
| 03/02/2005 | 10 | ORDER - that the parties shall confer and submit a briefing scheduling by 3/11/05. Signed by Judge Kent A. Jordan on 3/2/05. (rwc, ) (Entered: 03/02/2005) |
| 03/10/2005 | 11 | PROPOSED ORDER for Briefing on Appeal *Stipulated Scheduling Order For Briefing on Appeal* by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC. (Cobb, Richard) (Entered: 03/10/2005) |
| 03/11/2005 | 12 | APPELLANTS' OPENING BRIEF in Support *Opening Brief of Appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC* filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC.Answering Brief/Response due date per Local Rules is 3/25/2005. (Attachments: # 1 Appendix 1-46# 2 Appendix 47-61# 3 Appendix 62-89# 4 Appendix 90-130# 5 Appendix 131-170# 6 Appendix 171-211# 7 Appendix 212-251# 8 Appendix 252-292# 9 Appendix 293-332# 10 Appendix 333-372# 11 Appendix 373-412# 12 Appendix 413-452# 13 Appendix 453- |

| | | |
|---|---|---|
| | | 492# <u>14</u> Appendix 493-532# <u>15</u> Appendix 533-572# <u>16</u> Appendix 573-616)(Cobb, Richard) Modified on 3/11/2005 (rwc, ). (Entered: 03/11/2005) |
| 03/11/2005 | | SO ORDERED, re <u>11</u> Proposed Order filed by MHR Capital Partners LP,, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC, ORDER, Resetting Deadlines: Appellant Reply Brief due by 4/11/2005. Appellee Brief due by 4/1/2005. Signed by Judge Kent A. Jordan on 3/11/05. (rwc, ) (Entered: 03/11/2005) |
| 03/31/2005 | <u>13</u> | Amended PROPOSED ORDER re <u>11</u> Proposed Order *Amended Stipulated Scheduling Order for Briefing on Appeal* by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC. (Landis, Adam) (Entered: 03/31/2005) |
| 04/01/2005 | | SO ORDERED, re <u>13</u> Proposed Briefing Schedule: appellants' opening br. due 3/11/05, appellees' answering br. due 4/8/05, appellants' reply br. due 4/25/05 filed by MHR Capital Partners LP,, MHR Institutional Partners LP,, MHRM LP,, MHR Fund Management LLC, . Signed by Judge Kent A. Jordan on 4/1/05. (ntl, ) (Entered: 04/01/2005) |
| 04/08/2005 | <u>14</u> | REPLY BRIEF *DEBTORS-APPELLEES' BRIEF* filed by A.B. Dick Co. et al.. (Attachments: # <u>1</u> Appendix AA 1# <u>2</u> Appendix AA 16# <u>3</u> Appendix AA 26# <u>4</u> Exhibit AA 47 Part 1# <u>5</u> Appendix AA 47 part2# <u>6</u> Certificate of service)(Rosner, Frederick) (Entered: 04/08/2005) |
| 04/08/2005 | <u>15</u> | REPLY BRIEF *(Joinder) of Appellee Key Bank National Association* filed by Key Bank National Association. (Manning, Margaret) (Entered: 04/08/2005) |
| 04/08/2005 | <u>16</u> | MOTION to Dismiss Based upon Appeal as Moot - filed by Presstek Inc.. (Attachments: # <u>1</u> Text of Proposed Order)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | <u>17</u> | OPENING BRIEF in Support re <u>16</u> MOTION to Dismiss Based upon Appeal as Moot filed by Presstek Inc..Answering Brief/Response due date per Local Rules is 4/22/2005. (Mangan, |

| | | |
|---|---|---|
| | | Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 18 | DECLARATION re 16 MOTION to Dismiss Based upon Appeal as Moot, 17 Opening Brief in Support by Presstek Inc.. (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 1 Part 2# 3 Exhibit 2# 4 Exhibit 3)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 19 | Supplemental APPENDIX *to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC (Parts 1 through 5)* by Presstek Inc.. (Attachments: # 1 Appendix Part 2# 2 Appendix Part 3# 3 Appendix Part 4# 4 Appendix Part 5)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 20 | Supplemental APPENDIX *to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners LP and MHR Management LLC* by Presstek Inc.. (Attachments: # 1 Appendix Part 6 (b)# 2 Appendix 7 Part 1# 3 Appendix 7 Part 2# 4 Appendix 8 Part 1# 5 Appendix 8 Part 2# 6 Appendix 9 Part 1# 7 Appendix 9 Part 2)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 21 | Supplemental APPENDIX *to Brief Answering the Appeal of MHR Capital - Parts 10 thru 13* by Presstek Inc.. (Attachments: # 1 Appendix 10 Part 2# 2 Appendix Part 11# 3 Appendix 12 Part 1# 4 Appendix 12 Part 2# 5 Appendix 13 Part 1# 6 Appendix 13 Part 2)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 22 | APPENDIX re 19 Appendix,, 20 Appendix,, 21 Appendix, *to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC* by Presstek Inc.. (Attachments: # 1 Appendix 14 Part 2# 2 Appendix 14 Part 3# 3 Appendix Part 4)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 23 | Supplemental APPENDIX re 19 Appendix,, 20 Appendix,, 22 Appendix,, 21 Appendix, *to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC* by Presstek Inc.. (Attachments: # 1 Appendix 14 Part 6# 2 Appendix 14 Part 7# 3 Appendix 14 Part 8)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | 24 | Supplemental APPENDIX re 19 Appendix,, 20 Appendix,, 22 |

| | | |
|---|---|---|
| | | Appendix,, <u>23</u> Appendix,, <u>21</u> Appendix, *to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC* by Presstek Inc.. (Attachments: # <u>1</u> Appendix 14 Part 10# <u>2</u> Appendix 14 Part 11# <u>3</u> Appendix 14 Part 12# <u>4</u> Appendix 14 Part 13# <u>5</u> Appendix 14 Part 14# <u>6</u> Appendix 14 Part 15)(Mangan, Kevin) (Entered: 04/08/2005) |
| 04/08/2005 | <u>25</u> | Appellee's BRIEF by Presstek Inc.. Appellant Reply Brief due by 4/22/2005. (Mangan, Kevin) (Entered: 04/08/2005) |
| 04/25/2005 | <u>26</u> | Appellant's REPLY BRIEF by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC. (Harper, Megan) (Entered: 04/25/2005) |
| 04/27/2005 | <u>27</u> | REQUEST for Oral Argument by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC. (Harper, Megan) (Entered: 04/27/2005) |
| 05/02/2005 | <u>28</u> | ORDER, Setting Hearings: Argument on Bankruptcy Appeal set for 5/18/2005 09:00 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 5/2/05. (rwc, ) (Entered: 05/02/2005) |
| 05/02/2005 | <u>29</u> | REPLY BRIEF re <u>16</u> MOTION to Dismiss Based upon Appeal as Moot filed by Presstek Inc.. (Monaco, Francis) (Entered: 05/02/2005) |
| 05/06/2005 | <u>30</u> | ORDER, Resetting Deadlines/Hearings : Argument on Bankruptcy Appeal reset for 5/25/2005 09:00 AM in Courtroom 6A before Honorable Kent A. Jordan. Signed by Judge Kent A. Jordan on 5/6/05. (rwc, ) (Entered: 05/06/2005) |
| 05/19/2005 | <u>31</u> | MOTION for Pro Hac Vice Appearance of Attorney H. Jeffrey Schwartz - filed by A.B. Dick Co. et al.. (Rosner, Frederick) Additional attachment(s) added on 5/20/2005 (cas, ). (Entered: 05/19/2005) |
| 05/19/2005 | <u>32</u> | MOTION for Pro Hac Vice Appearance of Attorney Mark A. Phillips - filed by A.B. Dick Co. et al.. (Rosner, Frederick) Additional attachment(s) added on 5/20/2005 (cas, ). (Entered: 05/19/2005) |
| | | |

| | | |
|---|---|---|
| 05/19/2005 | 33 | MOTION for Pro Hac Vice Appearance of Attorney Michael M. Fay - filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC. (Harper, Megan) (Entered: 05/19/2005) |
| 05/20/2005 | | CORRECTING ENTRY: DI 31 and 32 original documents deleted and replaced with corrected signed documents (cas) (Entered: 05/20/2005) |
| 05/23/2005 | | SO ORDERED, re 32 MOTION for Pro Hac Vice Appearance of Attorney Mark A. Phillips filed by A.B. Dick Co. et al., 33 MOTION for Pro Hac Vice Appearance of Attorney Michael M. Fay filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC . Signed by Judge Kent A. Jordan on 5/23/05. (ntl, ) (Entered: 05/23/2005) |
| 05/25/2005 | 34 | STENO NOTES of Hearing held on 5/25/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 05/25/2005) |
| 05/25/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Argument on Bankruptcy Appeal held on 5/25/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 05/25/2005) |
| 05/25/2005 | 35 | ORDER - granting 16 Motion to Dismiss Appeal as moot. Signed by Judge Kent A. Jordan on 5/25/05. (rwc, ) (Entered: 05/25/2005) |
| 05/26/2005 | 36 | MOTION for Pro Hac Vice Appearance of Attorney Lawrence J. Slattery, Esquire - filed by Presstek Inc.. (Monaco, Francis) (Entered: 05/26/2005) |
| 06/01/2005 | | SO ORDERED, re 36 MOTION for Pro Hac Vice Appearance of Attorney Lawrence J. Slattery, Esquire filed by Presstek Inc . Signed by Judge Kent A. Jordan on 6/1/05. (rwc, ) (Entered: 06/01/2005) |
| 06/03/2005 | | SO-ORDERED re 31 MOTION for Pro Hac Vice Appearance of Attorney H. Jeffrey Schwartz filed by A.B. Dick Co. et al . Signed by Judge Kent A. Jordan on 6/3/05. (rwc, ) (Entered: 06/03/2005) |
| 06/09/2005 | 37 | TRANSCRIPT of Oral Argument held on 5/25/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's |

| | | Office) (rwc, ) (Entered: 06/09/2005) | |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 06/20/2005 11:44:25 ||||
| PACER Login: | lr0609 | Client Code: | 460.001 |
| Description: | Docket Report | Search Criteria: | 1:04-cv-01498-KAJ Start date: 1/1/1970 End date: 6/20/2005 |
| Billable Pages: | 4 | Cost: | 0.32 |