IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellants,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON APPEAL OF MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR FUND MANAGEMENT LLC. FROM ORDER OF THE DISTRICT COURT ENTERED MAY 25, 2005**

MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC (collectively "MHR"), by and through their undersigned attorneys, pursuant to Federal Rule of Appellate Procedure 6, hereby designate the record and issues presented on appeal to the Court of Appeals for the Third Circuit from the *Order, granting Presstek Inc.'s Motion to Dismiss the Appeal*, entered by the United States District Court for the District of Delaware (the "**District Court**") on May 25, 2005.

## Statement of Issues Presented on Appeal

1. Whether the District Court erred in granting Presstek's motion to dismiss the appeal as moot, in its order entered on May 25, 2005.

2. Whether the District Court erred in finding that the United States Bankruptcy Court for the District of Delaware's (the "Bankruptcy Court") determination, pursuant to 11 U.S.C. § 363 (m), that Presstek Incorporated ("Presstek") was a good faith purchaser, under the terms of the Asset Purchase Agreement dated July 13, 2004, of substantially all of the assets of the A.B. Dick Company and the A.B. Dick Company of Canada, LTD, the capital stock of the A.B. Dick U.K. Limited (collectively "ABD") and Paragon Corporate Holdings Incorporated, was supported by the evidentiary record.

3. Whether the District Court erred in holding that Presstek's alleged bad faith behavior prior to ABD's bankruptcy filing was not a proper consideration in determining whether Presstek was a good faith purchaser pursuant to 11 U.S.C. § 363 (m).

4. Whether the District Court erred in finding that under *In re Abbotts Diaries of Pennsylvania Inc.*, 786 F.2d 143 (3d Cir. 1986), a party must obtain a stay of an asset sales proceedings before challenging a 11 U.S.C. § 363 (b) sale upon the grounds that the bankruptcy court failed to make, pursuant to 11 U.S.C. § 363 (m), a proper good faith determination.

5. Whether the District Court erred in holding that the Bankruptcy Court made findings of fact sufficient to support a determination that Presstek was a good faith purchaser pursuant to 11 U.S.C. § 363 (m).

## Designation of Items to Be Included in the Record on Appeal

1. Chapter 11 Voluntary Petition. Filed by A.B. DICK COMPANY on July 13, 2004. [Bankr. Docket No. 1]

2. Motion to Approve Sale Motion of Debtors for Entry of Order: (A) Approving Bidding Procedures for the Sale of Substantially all of the Assets of A.B. Dick

|   |   |
|---|---|
|   | Company and its Wholly Owned Subsidiaries; Authorizing Payment of an Expense Reimbursement and Termination fee; (C) Setting Sale Hearing Date; and (D) Approving Form of Notice Filed by A.B. DICK COMPANY on July 13, 2004. [Bankr. Docket No. 22] |
| 3. | Motion to Authorize Motion for Order: (A) Authorizing Sale of Substantially all of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries Free and Clear of Liens, Claims and Encumbrances: (B) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief Filed by A.B. DICK COMPANY on July 22, 2004. [Bankr. Docket No. 70] |
| 4. | Objection to Motion for Order: (A) Authorizing Sale of Substantially all of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries Free and Clear of Liens, Claims and Encumbrances: (B) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (C) Granting Related Relief (related document(s)70)  Filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP on August 9, 2004. [Bankr. Docket No. 156] |
| 5. | Order (Amended) Granting Motion to Approve Sale Motion of Debtors for Entry of Order: (A) Approving Bidding Procedures for the Sale of Substantially all of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries; (B) Authorizing Payment of an Expense Reimbursement and Termination fee; (C) Setting Sale Hearing Date; and (D) Approving Form of Notice on September 15, 2004.  [Bankr. Docket No. 301] |
| 6. | Supplemental Objection to Supplemental Objections of MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC to the Motion for Order (a) Authorizing Sale of Substantially all of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries, Free and Clear of Liens, Claims and Encumbrances; (b) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (c) Granting Related Relief Filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP on October 29, 2004.  [Bankr. Docket No. 436] |
| 7. | Exhibit G through TT to the Declaration in Support of Supplemental Objections of MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC to the Motion for Order (a) Authorizing Sale of Substantially all of the Assets of A.B. Dick Company and its wholly Owned Subsidiaries, Free and Clear of Liens, Claims and Encumbrances; (b) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts; and (c) Granting Related Relief Filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP on October 29, 2004. [Bankr. Docket No. 437] |
| 8. | Response to Hearing Memorandum in Support of Motion for Order: (A) Authorizing Sale of Substantially all of the Assets of A.B. Dick Company and its Wholly Owned Subsidiaries, Free and Clear of Liens, Claims and Encumbrances; |

      (B) Authorizing Assumption and Assignment of Certain Unexpired Leases and Executory Contracts and (C) Granting Related Relief Filed by A.B. Dick Company on November 1, 2004. [Bankr. Docket No. 451]

9. Amended Notice of Agenda of Matters Scheduled for Hearing *SECOND* Filed by A.B. Dick Company Hearing scheduled for November 2, 2004 at 02:00 PM on November 1, 2004. [Bankr. Docket No. 452]

10. Order Approving (1) The Sale Pursuant to the Asset Purchase Agreement Dated July 13, 2004, of (a) Substantially all of the Assets of the A.B. Dick Company and the A.B. Dick Company of Canada, LTD., and (b) The Capital Stock of the A.B. Dick U.K. Limited to Silver Acquisitions Corp., Free and Clear of Liens, Claims, Encumbrances, and Interests: and (2) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases to Silver Acquisitions Corp. Signed on November 3, 2004 on November 3, 2004. [Bankr. Docket No. 460]

11. Notice of Appeal From Order Dated November 3, 2004 of the Honorable John L. Peterson [D.I. No. 460]. Fee Amount $255. Filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP Appellant on November 4, 2004. [Bankr. Docket No. 467]

12. Transcript of proceeding before the Bankruptcy Court on November 2, 2004. [Bankr. Docket No. 634]

13. Transcript of proceeding before the Bankruptcy Court on November 3, 2004. [Bankr. Docket No. 635]

14. Notice of Appeal, filed by MHR on November 5, 2004. [Docket No. 1]

15. Notice of Appeal, filed by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of the Order of the Bankruptcy Court entered on November 3, 2004 signed by The Hon. John L. Peterson. (Entered: December 7, 2004) [District Docket No. 1]

16. Designation Statement of Issues and Designated Record filed by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 1 of 3 w/items 1-4 attached] on December 7, 2004. [District Docket No. 2]

17. Designation Statement of Issues and Designated Record filed by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 2 of 3 w/items 5, 6 and A-TT attached] on December 7, 2004. [District Docket No. 3]

18. Designation Statement of Issues and Designated Record filed by MHR Capital Partners, MHR Institutional, MHRM LP, MHR Fund Management of record on appeal [binder 3 of 3 w/items 7-10 attached] on December 7, 2004. [District Docket No. 4]

19. Designation and Designated Record filed by Key Bank National of record on appeal [box w/items 1-79 enclosed] on December 7, 2004. [District Docket No. 5]

20. Counter-Designation filed by Presstek Inc. of record on appeal [binder w/exhibits 1 & 2 attached] on December 7, 2004. [District Docket No.6]

21. Appellants' Opening Brief in Support Opening Brief of Appellants MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC on March 3, 2005. [District Docket No.12]

22. Reply Brief Debtors-Appellees' Brief filed by A.B. Dick Co. et al. on March 8, 2005. [District Docket No.14]

23. Reply Brief (Joinder) of Appellee Key Bank National Association filed by Key Bank National Association on April 8, 2005. [District Docket No.15]

24. Motion to Dismiss Based upon Appeal as Moot filed by Presstek Inc. on April 8, 2005. [District Docket No.16]

25. Opening Brief in Support of Motion to Dismiss Based upon Appeal as Moot filed by Presstek Inc. on April 8, 2005. [District Docket No.17]

26. Declaration to Motion to Dismiss Based upon Appeal as Moot in Support by Presstek Inc. on April 8, 2005. [District Docket No.18]

27. Supplemental Appendix to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC (Parts 1 through 5) filed by Presstek Inc. on April 8, 2005. [District Docket No.19]

28. Supplemental Appendix to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners LP and MHR Management LLC filed by Presstek Inc. (Attachments: # 1 Appendix Part 6 (b)# 2 Appendix 7 Part 1# 3 Appendix 7 Part 2# 4 Appendix 8 Part 1# 5 Appendix 8 Part 2# 6 Appendix 9 Part 1# 7 Appendix 9 Part 2) on April 8, 2005. [District Docket No.20]

29. Supplemental Appendix to Brief Answering the Appeal of MHR Capital - Parts 10 thru 13 filed Presstek Inc. (Attachments: # 1 Appendix 10 Part 2# 2 Appendix Part 11# 3 Appendix 12 Part 1# 4 Appendix 12 Part 2# 5 Appendix 13 Part 1# 6 Appendix 13 Part 2) on April 8, 2005. [District Docket No.21]

30. Supplemental Appendix, re: 19 Appendix, 20 Appendix, 21 Appendix, to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC filed by Presstek Inc. (Attachments: # 1 Appendix 14 Part 2# 2 Appendix 14 Part 3# 3 Appendix Part 4) on April 8, 2005. [District Docket No. 22]

31. Supplemental Appendix re: 19 Appendix, 20 Appendix, 22 Appendix, 21 Appendix, to Brief Answering the Appeal of MHR Capital Partners LP, MHR

460.001-8608                                     5

      Institutional Partners, LP and MHR Management LLC filed by Presstek Inc. (Attachments: # 1 Appendix 14 Part 6# 2 Appendix 14 Part 7# 3 Appendix 14 Part 8) on April 8, 2005. [District Docket No. 23]

32. Supplemental Appendix re: 19 Appendix, 20 Appendix, 22 Appendix, 23 Appendix, 21 Appendix, to Brief Answering the Appeal of MHR Capital Partners LP, MHR Institutional Partners, LP and MHR Management LLC filed by Presstek Inc. (Attachments: # 1 Appendix 14 Part 10# 2 Appendix 14 Part 11# 3 Appendix 14 Part 12# 4 Appendix 14 Part 13# 5 Appendix 14 Part 14# 6 Appendix 14 Part 15) on April 8, 2005. [District Docket No. 24]

33. Appellee's Brief filed by Presstek Inc. on April 8, 2005. [District Docket No. 25]

34. Appellant's Reply Brief filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC on April 25, 2005. [District Docket No. 26]

35. Reply Brief re: 16 Motion to Dismiss Based upon Appeal as Moot filed by Presstek Inc. on May 2, 2005. [District Docket No. 29]

36. Order Granting 16 Motion to Dismiss Appeal as Moot. Signed by Judge Kent A. Jordan on May 25, 2005, entered on May 25, 2005. [District Docket No. 35]

37. Transcript of Oral Argument held on May 25, 2005 before Judge Jordan. Court Reporter: B. Gaffigan on June 9, 2005. [District Docket No. 37]

38. Amended Notice of Appeal filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP, MHR Fund Management LLC re 35 Order on Motion to Dismisson June 22, 2005. [District Docket No. 41]

39. Notice of Docketing from USCA for the Third Circuit for 40 Notice of Appeal filed by MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC. USCA Case Number: 05-3128 on June 27, 2005. [District Docket No. 42]

40. Each item designated, or to be designated, by any other party to this Appeal.

Date: June 30, 2005
Wilmington, DE

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
Kerri Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400

-and-

KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP

Michael M. Fay
David S. Rosner
Noelle M. Kowalczyk
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Counsel to MHR CAPITAL PARTNERS
LP, MHR INSTITUTIONAL PARTNERS
LP, MHRM LP AND MHR
MANAGEMENT LLC