IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLAKE OF CHICAGO CORP., *et al.*<br>f/k/a A.B. DICK COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 04-12002 (RB)<br><br>(Jointly Administered) |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP, and MHR FUND MANAGEMENT LLC,<br><br>Appellants,<br><br>v.<br><br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.*, and PRESSTEK, INC.,<br><br>Appellees. | Dist. Ct. Appeal No. 04-CV-1498 (KAJ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP, MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP in the above referenced cases, and on the 30th day of June, 2005, she caused a copy of the following:

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON APPEAL OF MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR FUND MANAGEMENT LLC. FROM ORDER OF THE DISTRICT COURT ENTERED MAY 25, 2005**

to be served upon the parties identified on the attached list in the manner as indicated.

                                                _/s/ Julie L. Fielder_
                                                Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 30th day of June, 2005.

                                                _/s/ Barbara J. Rost_
                                                Notary Public

BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006

460.001-8501

Jeffrey Schlerf, Esq.
Christopher A. Ward, Esq.
GianClaudio Finizio, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
***By Electronic Notification***

Jeffrey Schwartz, Esq.
Benesch, Friedlander, Coplan &
Aronoff LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
***By First Class Mail***

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801
***By Electronic Notification***

Lawrence Slattery, Esq.
Garry Ravert, Esq.
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020
***By First Class Mail***

Francis A. Monaco, Jr., Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
***By Electronic Notification***

Robert C. Folland, Esq.
Alan R. Lepene, Esq.
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
***By First Class Mail***

David M. Klauder, Esq.
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
***By Electronic Notification***

Richard Mason, Esq.
Michael M. Schmahl, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
***By First Class Mail***

Jami B. Nimeroff, Esq.
Buchanan Ingersoll Professional
Corporation
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
***By Electronic Notification***