UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
In re:                                          )
                                                )    Chapter 11
BLAKE OF CHICAGO CORP., et al.,                 )    Case Nos. 04-12002 (RB)
                                                )    (Jointly Administered)
                        Debtors.                )
-----------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR                    )
INSTITUTIONAL PARTNERS LP, MHRM                 )
LP, AND MHR FUND MANAGEMENT LLC,                )
                                                )    Appeal No. 04-CV-1498 (KAJ)
                        Appellants,             )
                                                )
            v.                                  )
                                                )
BLAKE OF CHICAGO CORP., et al.,                 )
f/k/a A.B. DICK COMPANY, et al., AND            )
PRESSTEK, INC.,                                 )
                                                )
                        Appellees.              )
-----------------------------------------------------------X
```

**COUNTER-DESIGNATION OF APPELLEE PRESSTEK. INC.
OF ITEMS TO BE INCLUDED IN THE RECORD
AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Presstek, Inc. ("Presstek"), Appellee herein, by and through its undersigned counsel, pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(ii), hereby files its Counter-designation of Items to Included in Record on Appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware, dated May 25, 2005, dismissing Appellants appeal as moot, and respectfully represents as follows:

**COUNTER-STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Did the District Court err as a matter of law in granting Presstek, Inc's ("Presstek") motion to dismiss the appeal as moot, in its order entered on May 25, 2005?

45633

2. Did the District Court err as a matter of law in its determination that the United States Bankruptcy Court for the District of Delaware's (the "Bankruptcy Court") determination, pursuant to 11 U.S.C. § 363(m), that Presstek was a good faith purchaser, under the terms of the Asset Purchase Agreement, dated July 13, 2004, of substantially all of the assets of the A.B. Dick Company, the A.B. Dick Company of Canada, Ltd, and the capital stock of the A.B. Dick U.K. Limited (collectively, "ABD") and Paragon Holdings Inc., was supported by the evidentiary record?

3. Did the District Court err as a matter of law in holding that Presstek's alleged bad faith behavior prior to ABD's bankruptcy filing was not a proper consideration in determining whether Presstek was a good faith purchaser pursuant to 11 U.S.C. § 363(m), where the bankruptcy auction process was admittedly fair and open?

4. Did the District Court err as a matter of law in holding that the Bankruptcy Court made sufficient findings of fact to support a determination that Presstek was a good faith purchaser pursuant to 11 U.S.C. § 363(m)?

Dated: July 14, 2005                                **MONZACK AND MONACO, P.A**

_/s/ Joseph J. Bodnar_____
Francis A. Monaco, Jr. (#2078)
Joseph J. Bodnar (#2512)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162
jbodnar@monlaw.com

**McDERMOTT WILL & EMERY LLP**
Stephen B. Selbst
Lawrence J. Slattery
Gary O. Ravert
50 Rockefeller Plaza
New York, New York 10020
(212) 547-5400

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
In re:                                               )
                                                     )   Chapter 11
BLAKE OF CHICAGO CORP., et al.,                      )   Case Nos. 04-12002 (RB)
                                                     )   (Jointly Administered)
                    Debtors.                         )
-----------------------------------------------------------X
MHR CAPITAL PARTNERS LP, MHR                         )
INSTITUTIONAL PARTNERS LP, MHRM                      )
LP, AND MHR FUND MANAGEMENT LLC,                     )
                                                     )   Appeal No. 04-CV-1498 (KAJ)
                    Appellants,                      )
                                                     )
          v.                                         )
                                                     )
BLAKE OF CHICAGO CORP., et al.,                      )
f/k/a A.B. DICK COMPANY, et al., AND                 )
PRESSTEK, INC.,                                      )
                                                     )
                    Appellees.                       )
-----------------------------------------------------------X
```

**CERTIFICATE of SERVICE**

**Jeffrey Schlerf, Esq.**
**GianClaudio Finizio, Esq.**
**The Bayard Firm**
**222 Delaware Avenue, Ste. 900**
**Wilmington, DE 19801**
**F: (302) 658-6395**
**(Committee Counsel)**

**Federick B. Rosner, Esq.**
**Jaspan Schlesinger Hoffman LLP**
**1201 North Orange Street, Ste. 1001**
**Wilmington, DE 19801**
**F: (302) 351-8010**
**(Debtors' Counsel)**

**Jeffrey Schwartz, Esq.**
**Benesch Friedlander Coplan & Aronoff LLP**
**2300 BP Tower, 200 Public Square**
**Cleveland, OH 44114**

3

**David Klauder, Esq.**
**Office of the United States Trustee**
**844 King Street, 2nd Floor**
**Wilmington, DE 19801**
**F: (302) 573-6497**

**Richard Cobb**
**Megan Harper, Esquire**
**Landis Rath & Cobb LLP**
**919 Market Street, Ste. 600**
**Wilmington, DE 19801**
**(MHR)**

**Jami Nimeroff, Esquire**
**Buchanan Ingersoll PC**
**The Nemours Building**
**1007 North Orange Street, Ste. 1110**
**Wilmington, DE 19801**

**Robert C. Folland, Esq.**
**Thompson Hine LLP**
**3900 Key Center 127 Public Square**
**Cleveland, OH 44114**

**Richard Mason, Esq.**
**McGuire Woods LLP**
**77 West Wacker Drive**
**Suite 4100**
**Chicago, IL 60601**

Dated: July 15, 2005                    **MONZACK AND MONACO, P.A**

__/s/ Joseph J. Bodnar_____
Francis A. Monaco, Jr. (#2078)
Joseph J. Bodnar (#2512)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162
jbodnar@monlaw.com

**McDERMOTT WILL & EMERY LLP**
Stephen B. Selbst
Lawrence J. Slattery
Gary O. Ravert
50 Rockefeller Plaza
New York, New York 10020

NYK 975019-3.069646.0011